# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAQUEL ANN SERAFIN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-1817** |
| v. | : | |
| | : | |
| **MONTGOMERY CO., PA OFFICE** | : | |
| **OF CHILDREN + YOUTH,** *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 10th day of June, 2019, upon consideration of Plaintiff Raquel Ann Serafin's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 6) and her *pro se* Complaint and Exhibits (ECF Nos. 2 & 4), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons set forth in the Court's Memorandum.

4. Serafin is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief that cures the defects identified in the Court's Memorandum. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Serafin's claims against each defendant. Any amended complaint should not seek relief for harm caused to anyone other than Serafin, raise claims challenging the state court's judgment, or raise claims that are barred by absolute immunity as discussed in the Court's Memorandum. If Serafin files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Serafin a blank copy of this

Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Serafin may use this form to prepare her amended complaint.

6. If Serafin fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*