# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAQUEL ANN SERAFIN** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 19-1817 |
| **v.** | : | |
| | : | |
| **MONTGOMERY CO., PA OFFICE** | : | |
| **OF CHILDREN + YOUTH,** *et al.***,** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 29th day of July 2019, upon consideration of Plaintiff Raquel Ann Serafin's motion for leave to proceed *in forma pauperis* (ECF No. 9) and her *pro se* Amended Complaint (ECF No. 10), it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **DENIED**, as unnecessary.

2. The Amended Complaint is **DISMISSED, with prejudice,** for failure to state a claim consistent with for the reasons set forth in the Memorandum.

3. The Clerk of Court is directed to mark this matter **CLOSED**.


                                 **BY THE COURT:**

                                 */s/ Nitza I. Quiñones Alejandro*
                                 **NITZA I. QUIÑONES ALEJANDRO**
                                 *Judge, United States District Court*